## BOSWORTH *v.* SUMTER REAL ESTATE AND IMPROVEMENT CO.

LUMPKIN, P. J.　In the light of the decision rendered by this court at the March term, 1897 (102 *Ga.* 593), upon another branch of this case, and in view of the facts disclosed by the present record, the court erred in denying the interlocutory injunction restraining the defendant corporation from selling the plaintiff's stock therein until the amount of her indebtedness to it and the value of such stock could be ascertained and the equities between the parties thereupon adjusted.

*Judgment reversed. All the Justices concurring, except Cobb, J., absent, and Simmons, C. J., disqualified.*

Argued February 25, — Decided March 25, 1898.

Petition for injunction.　Before Judge Littlejohn.　Sumter county.　November 26, 1897.

*Allen Fort, J. B. Pilsbury, J. E. D. Shipp* and *Hixon & Callaway,* for plaintiff. *J. H. Lumpkin,* for defendant.